IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01130-MSK-BNB

LEWIS RODRIQUEZ

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to Notice of Dismissal with Prejudice, it has come to the attention of the Court that this matter has been resolved.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

DATED:  June 17, 2010